**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RONALD L. HILL                                                                                        PLAINTIFF
REG. #15295-045

V.                                          NO: 2:10CV00015 JMM

M. CHAPMAN *et al.*                                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE